**(Official Form 1) (10/06)**

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rosen, Richard Gary** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ods GuitarX, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **9935** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**828 Nelson Park Dr**<br>**Longmont, CO**<br>ZIPCODE **80503-7676** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Boulder** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 9331**<br>**Denver, CO**<br>ZIPCODE **80209-0331** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1452 S. Broadway Street** | ZIPCODE **80210** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**VOLUNTARY PETITION**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rosen, Richard Gary** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)  Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**VOLUNTARY PETITION**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rosen, Richard Gary** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Richard Gary Rosen**<br>Signature of Debtor      **Richard Gary Rosen**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**October 10, 2006**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>X _____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ Stephen E. Berken**<br>Signature of Attorney for Debtor(s)<br><br>**Stephen E. Berken 14926**<br>Printed Name of Attorney for Debtor(s)<br><br>**Stephen E. Berken**<br>Firm Name<br><br>**1159 Delaware St**<br>Address<br><br>**Denver, CO 80204-3607**<br><br>**(303) 623-4357**<br>Telephone Number<br><br>**October 10, 2006**<br>Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                 Case No. _____

**Rosen, Richard Gary**                                 Chapter **7**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Richard Gary Rosen***

Date: **October 10, 2006**

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:** Case No. _____

**Rosen, Richard Gary** Chapter **7**
<span>Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 10, 2006**   Signature: */s/ Richard Gary Rosen*
  **Richard Gary Rosen**   Debtor

Date: _____   Signature: _____
  Joint Debtor, if any

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Alfred Publishing Co.
PO Box 10003
Van Nuys, CA   91410-0003


AT & T Universal Citibank
PO Box 6241
Sioux Falls, SD   57117-6241


Attorney General
Re: Student Loans
10th & Constitution Ave NW
Washington, DC   20530-0001


Attorney General
Re: Student Loans
10th & Constitution Ave NW
Frederick, CO   80530


Breedlove International
19885 8th Street
Turmalo, OR   97701


Brenda Willoughby
828 Nelson Park Dr
Longmont, CO   80503-7676


Chase
800 Brooksedge Blvd
Westerville, OH   43081-2822


Chesbro Music Co
PO Box 2009
Idaho Falls, ID   83403-2009

```
Citibank
PO Box 6241
Sioux Falls, SD  57117-6241



Citifinancial Retail S
PO Box 22066
Tempe, AZ  85285-2066



Colorado Attorney General
1525 Sherman St 5th Fl
Denver, CO  80203-1714



Colorado Dept. Of Revenue
1375 Sherman St Rm 504
Denver, CO  80203-2246



Colorado Student Loan Program
999 18th St Ste 425
Denver, CO  80202-1852



Dana B. Goods
4054 Transport Street Unit A
San Buenaventura, CA  93003



David Kitizono
9491 Painted Canyon Circle
Littleton, CO  80129



Epifani Custom Sound Systems, Inc.
68-34th Street 3rd Floor
Brooklyn, NY  11232
```

```
Harvey Graves
1135 S Monaco Pkwy
Denver, CO   80224-1809




Health South
Dept 716
PO Box 4115
Concord, CA   94524-4115




Heritage Guitar, Inc.
225 Parsons Street
Kalamazoo, MI   49007




Home Depot Credit Services
Payment Address
P O Box 6028
The Lakes, NV   88901-6028




Hsbc/bstby
PO Box 6985
Bridgewater, NJ   08807-0985




HUD/FHA
633 17th Street North Tower
10th Floor
Denver, CO   80202




Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA   19114-0326




IRS
Ogden, UT   84201
```

IRS-Special Procedures
600 17th Street
MS 5012-Den
Denver, CO  80202


Kaman Music Corporation
20 Old Windsor Road
Bloomfield, CT  06002-0507


Monogram Bank N America
PO Box 17054
Wilmington, DE  19884-0001


Office Of Education
Student Loan Program
50 United Nations Plz
San Francisco, CA  94102-4912


Qwest Dex Media East
Payment Center
Denver, CO  80244-0001


Receivables Control Corp
7373 Kirkwood Ct Ste 200
Osseo, MN  55369-5264


RM Properties
2739 S Broadway
Englewood, CO  80113-1522


Sallie Mae Studnet Loans
PO Box 9500
Wilkes Barre, PA  18773-9500

Sams Club
PO Box 981400
El Paso, TX  79998-1400


State Dep Cu
1630 King St
Alexandria, VA  22314-2744


US Attorney
Re: HUD/FHA
1961 Stout St
Denver, CO  80294-1961


US Attorney
District Counsel
1244 Speer Blvd Ste 500
Denver, CO  80204-3583


US Attorney General, DOJ
Tax Division, P.O. Box 683
Ben Franklin Station
Washington, DC  20044


US Dept. Of Education
PO Box 530260
Atlanta, GA  30353-0260


US Music Corp
444 East Courtyard Street
Mundelein, IL  60060


Veterans Affairs
44 Union Blvd
Denver, CO  80228-1808

Visa Credit Card Services
225 Chastain Meadows Ct NW
Kennesaw, GA   30144-5841


Warrior Instruments
93 Direct Connection Dr
Rossville, GA   30741-3755


Wells Fargo Bank Nv Na
PO Box 10438
Des Moines, IA   50306-0438


Wells Fargo Business Card
PO Box 348750
Sacramento, CA   95834-8750

Certificate Number: 00121-CO-CC-000676757

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 14, 2006, at 11:00 o'clock AM MST,

Richard G. Rosen received from

Community Credit Counseling Services,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Colorado, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: August 14, 2006

By  /s/Katie M. Soker for Chad M. Gentry

Name  Chad M. Gentry

Title  Executive Director

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

GuitarX
1452 S. Broadway
Denver, CO 80210

Richard G Rosen
828 Nelson Park Drive
Longmont, CO 80503

| Employee Paystub | Check number: 10171 | | | Pay Period: 06/29/2006 - 07/28/2006 | | Pay Date: 07/26/2006 |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Richard G Rosen, 828 Nelson Park Drive, Longmont, CO 80503 | | | | ***-**-9935 | Married/Married | Fed-1/0/CO-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 4,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -56.00 | -62.00 |
| Social Security Employee | | | -93.00 | -279.00 |
| Medicare Employee | | | -21.75 | -65.25 |
| CO - Withholding | | | -30.00 | -37.00 |
| | | | -200.75 | -443.25 |
| **Net Pay** | | | **1,299.25** | **4,056.75** |

GuitarX, 1452 S. Broadway, Denver, CO 80210 800-752-9379, GuitarX, Inc

GuitarX
1452 S. Broadway
Denver, CO 80210

Richard G Rosen
828 Nelson Park Drive
Longmont, CO 80503

| **Employee Paystub** | Check number: 10187 | Pay Period: 07/12/2006 - 08/11/2006 | | Pay Date: 08/14/2006 |
|---|---|---|---|---|
| **Employee** | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Richard G Rosen, 828 Nelson Park Drive, Longmont, CO 80503 | | ***-**-9935 | Married/Married | Fed-1/0/CO-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,500.00 | 6,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -56.00 | -118.00 |
| Social Security Employee | -93.00 | -372.00 |
| Medicare Employee | -21.75 | -87.00 |
| CO - Withholding | -30.00 | -67.00 |
| | -200.75 | -644.00 |
| **Net Pay** | **1,299.25** | **5,356.00** |

GuitarX, 1452 S. Broadway, Denver, CO 80210 800-752-9379, GuitarX, Inc