**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE:

RICHARD GARY ROSEN            CHAPTER 7
                                              Case No.:06-17190 MER
                Debtor.

**\*AMENDED DEBTOR'S LIST OF WITNESSES AND EXHIBITS**

       COMES NOW, the Debtor, Richard Rosen, by and through his counsel of record, Stephen E. Berken, and hereby submits this List of Witnesses and Exhibits for the final hearing regarding the Debtor's Motion for Abandonment which is scheduled for Thursday, July 26, 2007 at 9:00 a.m.

**WITNESSES**

1.     Richard Rosen
       828 Nelson Park Drive
       Longmont, CO 80503

       Mr. Rosen will testify regarding his personal financial affairs, the affairs of GuitarX, Inc., the security interest claimed by petition creditors, the filing of his bankruptcy schedules and statements, the preparation of schedules including itemization of assets, as well as the fair market of those assets, and other relevant information.

2.     Shawna Rosen
       828 Nelson Park Drive
       Longmont, CO 80503

       Mrs. Rosen is expected to testify regarding financials circumstances of the debtor, including but not limited to his former company, GuitarX, Inc.

3.     Dale Smith, Accountant
       The Business Net

      2851 South Parker Road, Suite 600
       Aurora, CO, 80014

      Mr. Smith is expected to testify regarding the debtor's 1040 tax returns as well as the tax returns for GuitarX, Inc.

4.      Rebuttal witnesses as needed.


## EXHIBITS

1.      P&L statement for the GuitarX.

2.      Bankruptcy Schedules B and C.

3.      Individual Tax returns for Richard Rosen for 2004, 2005, and 2006.

4.      Tax returns for GuitarX from 2004 and 2005.

5.      Rebuttal exhibits as needed.

6.      *Financial Statement dated June 21, 2007

7.      *Vendor Balance Summary


      RESPECTFULLY SUBMITTED this 20th day of July, 2007.


                            /s/ Stephen E. Berken
                            Stephen E. Berken, #14926
                            1159 Delaware Street
                            Denver, CO 80204
                            Telephone: (303) 623-4357
                            Fax: (720) 554-7853
                            e-mail: berkenpub@aol.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 20th day of July, 2007, a true and correct copy of the foregoing *Debtor's List of Witnesses and Exhibits,* was served via first class, United States Mail, postage prepaid on the following addresses:

**David E. Lewis**
1314 Main St., Ste. 102
Louisville, CO 80027

**US Trustee**
999 18th St., Ste. 1551
Denver, CO 80202


**David Wadsworth**
1999 Broadway
Ste. 2305
Denver, CO 80202


**Richard Gary Rosen**
PO Box 9331
Denver, CO 80209-0331




                    /s/ *Stephen E. Berken*
By: _____

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: RICHARD GARY ROSEN
Chapter 7, Case No.:06-17190

**EXHIBITS FOR HEARING**

Submitted by: Debtor, Richard Gary Rosen
In connection with the (July 26, 2007 hearing on the Motion to Abandon Interest in Property).

| **Exhibit** | **Description** | **Offered (Yes/No)** | **Admitted (Yes/No)** | **Additional Comments** |
|---|---|---|---|---|
| 1 | P&L statement for the GuitarX. | | | |
| 2 | Bankruptcy Schedules B and C. | | | |
| 3 | Individual Tax returns for Richard Rosen for 2004, 2005, and 2006. | | | |
| 4 | Tax returns for GuitarX, 2004, 2005, and 2006. | | | |
| 5 | Rebuttal exhibits as needed. | | | |
| *6 | Financial Statement dated June 21, 2007. | | | |
| *7 | Vendor Balance Summary | | | |
| | | | | |
| | | | | |